E-FILED
Wednesday, 28 September, 2011  02:20:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:11-cv-02231 |
| v. | ) ) | COMPLAINT |
| ILLINI HOSPITALITY, LLC D/B/A HILTON GARDEN INN | ) ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) ) ) ) | |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 (the "ADA") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Christopher Tyndall ("Tyndall"), a qualified individual with a disability, epilepsy, who was adversely affected by such practices. Plaintiff United State Equal Employment Opportunity Commission alleges that Defendant, Illini Hospitality, LLC d/b/a Hilton Garden Inn ("Hilton") violated the ADA by demoting Tyndall due to his disability.

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by

reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42

U.S.C.

2.     The employment practices alleged to be unlawful were committed within the

jurisdiction of the United States District Court for the Central District of Illinois.

**PARTIES AND OTHER PERSONS**

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is

the agency of the United States of America charged with the administration, interpretation and

enforcement of Title I of the ADA and is expressly authorized to bring this action by Section

107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference  Sections 706(f)(1)

and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.     At all relevant times, Defendant, (the "Defendant" or "Illini"), has continuously

been doing business in the State of Illinois and the City of Champaign, and has continuously had

at least fifteen employees.

5.     At all relevant times, Defendant has continuously been an employer engaged in an

industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C.§ 12111(5), and

Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections

701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.     At all relevant times, Defendant has been a covered entity under Section 101(2) of

the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7.      More than thirty days prior to the institution of this lawsuit, Tyndall filed a charge with the Commission alleging violations of Title I of the ADA by Defendant.  All conditions precedent to the institution of this lawsuit have been fulfilled.

8.      Since at least January 2007, Defendant has engaged in unlawful employment practices at its Champaign, Illinois facility of Hilton Garden Inn, in violation of Title I of the ADA, 42 U.S.C. §12112(a) and (b).  These practices include, but are not limited to, demoting Tyndall because of his disability.

9.      The effect of the practices complained of in paragraph 8 above has been to deprive Tyndall of equal employment opportunities and otherwise adversely affect his status as an employee, because of his disability, in violation of Title I of the ADA, 42 U.S.C. §12112.

10.     The unlawful employment practices complained of in paragraph 8 above were intentional.

11.     The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Tyndall.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in any employment practice that violates Title I of the ADA;

B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices;

C.      Order Defendant to make Tyndall whole, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D.      Order Defendant to make Tyndall whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, in amounts to be determined at trial;

E.      Order Defendant to make Tyndall whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, in amounts to be determined at trial;

F.      Order Defendant to pay Tyndall punitive damages for its malicious and reckless conduct, as described in paragraph 8 above, in amounts to be determined at trial;

G.      Grant such further relief as the Court deems necessary and proper in the public interest; and

H.      Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all issues of fact raised by its Complaint.


Respectfully submitted,


P. DAVID LOPEZ
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

131 M Street, NE
Washington, D.C.  20507


/s/ John C. Hendrickson
John C. Hendrickson
Regional Attorney

/s/ Diane I. Smason
Diane I. Smason
Supervisory Trial Attorney
IL. Bar No. 6226130
Diane.Smason@EEOC.gov
(312) 869-8120

/s/ Laura R. Feldman
Laura R. Feldman
Trial Attorney
IL. Bar No. 6296356
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street, Suite 2000
Chicago, Illinois  60661
Laura.Feldman@EEOC.gov
(312) 869-8108