E-FILED
Thursday, 01 December, 2011  04:03:46 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLINI HOSPITALITY, LLC DB/A ) <br> HILTON GARDEN INN ) <br> ) <br> Defendant ) | CIVIL ACTION NO. 2:11-cv-02231 <br><br> Chief Judge Michael P. McCuskey <br><br> Magistrate Judge David G. Bernthal |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

In the interest of resolving this matter, and having engaged in comprehensive settlement negotiations, Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Illini Hospitality, LLC d/b/a Hilton Garden Inn have agreed that this action should be resolved finally by entry of the proposed Consent Decree submitted to the Court separately via e-mail, and the parties hereby respectfully move that the Court:

(1)   approve and enter the proposed Consent Decree;  and

(2)   endorse a copy of the Notice attached as Exhibit B to the proposed Consent Decree.

In support of this motion, the parties state that the proposed resolution of this action would serve the interest of reaching a "just, speedy, and inexpensive determination" of this action, see Fed. R. Civ. P. 1, while protecting adequately the rights of the EEOC, the Charging Party, Defendant, and the public interest.

December 1, 2011                                Respectfully submitted,


/s/ Everett E. Nicholas, Jr.                    /s/ Diane I. Smason
Everett E. Nicholas, Jr.                        Attorneys for Plaintiff
Attorney for Defendant                          Diane I. Smason
Robbins, Schwartz, Nicholas, Lifton & Taylor,   Supervisory Trial Attorney
Ltd.                                            ARDC No. 06226130
132 South Water Street, Suite 420
Decatur, IL 62523-1332                          Laura R. Feldman
Telephone: 217-428-2100                         Trial Attorney
E-Mail: enicholas@rsnlt.com                     EQUAL EMPLOYMENT OPPORTUNITY
                                                COMMISSION
                                                500 West Madison Street, Suite 2000
                                                Chicago, Illinois  60661
                                                (312) 869-8108

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2011, I caused a copy of the parties' JOINT MOTION FOR ENTRY OF CONSENT DECREE, along with a notice of the presentment thereof, to be served via electronic mail upon the following counsel of record for Defendant, at the electronic mail addresses below:

Everett E. Nicholas, Jr.
Attorney for Defendant
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
132 South Water Street, Suite 420
Decatur, IL 62523-1332
Telephone: 217-428-2100
E-Mail: enicholas@rsnlt.com

December 1, 2011                          /s/ Diane I. Smason
                                             Diane I. Smason